IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21-CR-14 |
| vs. | |
| MEGAN LOUISE ANDERSEN, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion to Extend Self-Surrender. Filing 61. Having considered the defendant's request for a 30-day extension and the reasons provided, the Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. Defendant's Unopposed Motion to Extend Self-Surrender, Filing 61, is granted;

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons not earlier than 2 p.m. on April 8, 2022;

3. The Clerk of the Court shall email a copy of this order to the appropriate local U.S. Marshals Service personnel; and

4. Defense counsel shall coordinate with the U.S. Marshals Service to ensure the Bureau of Prisons is provided with a copy of this order.

Dated this 3rd day of March, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge