## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN LOUISE ANDERSEN,<br><br>Defendant. | **8:21-CR-14**<br><br><br>**MEMORANDUM AND ORDER** |

On April 1, 2022, the Court ordered the issuing of a warrant for Defendant's arrest. Filing 64. On April 11, 2022, the United States Probation Office notified the Court that Defendant self-surrendered to the United States Bureau of Prisons on April 8, 2022. Accordingly,

IT IS ORDERED that the warrant is withdrawn and the Petition, Filing 63, is dismissed.

Dated this 11th day of April, 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge